| | |
|---|---|
| 1 | Shelley G. Bryant (SBN 222925) |
| 2 | shelley@bwlaw.com<br>BRYANT WHITTEN, LLP |
| 3 | 8050 N. Palm Avenue, Suite 210<br>Fresno, CA  93711 |
| 4 | Tel. (559) 494-4910 |
| 5 | Fax (559) 421-0369 |
| 6 | Attorneys for Plaintiff<br>REBECCA WARNER |
| 7 | |
| 8 | Donna M. Rutter (SBN 145704)<br>   dmr@millerlawgroup.com |
| 9 | Mani Sheik (SBN 245487)<br>   ms@millerlawgroup.com |
| 10 | MILLER LAW GROUP<br>A Professional Corporation |
| 11 | 111 Sutter Street, Suite 700<br>San Francisco, CA 94104 |
| 12 | Tel. (415) 464-4300<br>Fax (415) 464-4336 |
| 13 | |
| 14 | Attorneys for Defendant<br>AT&T MOBILITY SERVICES, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WARNER,<br><br>             Plaintiff,<br><br>v.<br><br>AT&T MOBILITY SERVICES, LLC, and unknown business entity, and DOES 1 through 20, inclusive,<br><br>             Defendants. | Case No.: CV 13-03200 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER  REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CMC Date:       October 17, 2013<br>Time:              10:00 A.M.<br>Dept.:              Courtroom 3<br><br><br>First Amended Complaint filed: Aug. 15, 2013 |

**JOINT STIPULATION AND [PROPOSED] ORDER  REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No.: CV 13-03200 RS**

The parties, through their respective undersigned counsel, stipulate and respectfully request that the Initial Case Management Conference, currently set for October 17, 2013, at 10:00 a.m., be continued to a later date convenient for the Court and parties, which date occurring no earlier than January 27, 2014.

The parties further stipulate and request that all outstanding deadlines be continued as follows:

1.  The date by which Defendant must respond to Plaintiff's First Amended Complaint (pursuant to Federal Rule of Civil Procedure 12(a) and Local Rule 6-1(b)) will be November 18, 2013.

2.  The last day for the parties to file a Joint Case Management Statement (pursuant to the Court's order in Docket Number 11) and exchange Initial Disclosures (Federal Rule of Civil Procedure 26(a)(1)), which are both currently set for October 10, 2013, will be January 20, 2014.

Good cause exists for this request. Specifically, this request is made on the ground that the parties have agreed to mediate their dispute and have a confirmed mediation date of October 30, 2013.

This request is also made on the ground that, while the parties remain hopeful that private mediation will settle their dispute, if mediation is not successful, the parties anticipate immediate motion practice regarding whether this matter is properly before this Court or whether the matter should instead be arbitrated pursuant to an arbitration agreement.

1

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No.: CV 13-03200 RS**

Thus, the parties stipulate and therefore request that the Court continue the Initial Case Management Conference and other outstanding deadlines to provide sufficient time for mediation and, if that is not successful, to file and have heard a motion to compel arbitration.

Dated:  September 24, 2013                         BRYANT WHITTEN, LLP


                                                                    By:   /s/
                                                                        Shelley G. Bryant
                                                                        Attorneys for Plaintiff
                                                                        REBECCA WARNER

Dated:  September 24, 2013                         MILLER LAW GROUP
                                                                    A Professional Corporation


                                                                    By:   /s/
                                                                        Donna M. Rutter
                                                                        Mani Sheik
                                                                        Attorneys for Defendant
                                                                        AT&T MOBILITY SERVICES, LLC

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Initial Case Management Conference shall be continued to January ~~27~~ 30, 2014, at 10:00 a.m., and that the parties must file a Joint Case Management Statement and exchange Initial Disclosures by January 20, 2014.

It is further ordered that Defendant's response to Plaintiff's First Amended Complaint shall be filed by November 18, 2013.

Dated: 9/25/13

_____
Hon. Richard Seeborg
Judge of the U.S. District Court

4827-5900-8277, v. 1