1  Shelley G. Bryant (SBN 222925)
     shelley@bwlaw.com
2  BRYANT WHITTEN, LLP
3  8050 N. Palm Avenue, Suite 210
   Fresno, CA  93711
4  Tel. (559) 494-4910
   Fax (559) 421-0369
5
6  Attorneys for Plaintiff
   REBECCA WARNER
7
8  Donna M. Rutter (SBN 145704)
     dmr@millerlawgroup.com
   Mani Sheik (SBN 245487)
9    ms@millerlawgroup.com
   MILLER LAW GROUP
10 A Professional Corporation
   111 Sutter Street, Suite 700
11 San Francisco, CA 94104
   Tel. (415) 464-4300
12 Fax (415) 464-4336
13
   Attorneys for Defendant
14 AT&T MOBILITY SERVICES, LLC
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

| | |
|---|---|
| 18  REBECCA WARNER, | Case No.: CV 13-03200 RS |
| 19         Plaintiff, | |
| 20  v. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| 21 | |
| 22  AT&T MOBILITY SERVICES, LLC, and unknown business entity, and DOES 1 through 20, inclusive, | CMC Date:      October 17, 2013 |
| 23 | Time:          10:00 A.M. |
| 24         Defendants. | Dept.:         Courtroom 3 |
| 25 | |
| 26 | First Amended Complaint filed: Aug. 15, 2013 |
| 27 | |
| 28 | |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No.: CV 13-03200 RS**

1   The parties, through their respective undersigned counsel, stipulate and
2 respectfully request that the Initial Case Management Conference, currently set for October
3 17, 2013, at 10:00 a.m., be continued to a later date convenient for the Court and parties,
4 which date occurring no earlier than January 27, 2014.

6   The parties further stipulate and request that all outstanding deadlines be
7 continued as follows:

9   1.   The date by which Defendant must respond to Plaintiff's First
10 Amended Complaint (pursuant to Federal Rule of Civil
11 Procedure 12(a) and Local Rule 6-1(b)) will be November 18,
12 2013.

14   2.   The last day for the parties to file a Joint Case Management
15 Statement (pursuant to the Court's order in Docket Number 11)
16 and exchange Initial Disclosures (Federal Rule of Civil
17 Procedure 26(a)(1)), which are both currently set for October 10,
18 2013, will be January 20, 2014.

20   Good cause exists for this request. Specifically, this request is made on the
21 ground that the parties have agreed to mediate their dispute and have a confirmed
22 mediation date of October 30, 2013.

24   This request is also made on the ground that, while the parties remain hopeful
25 that private mediation will settle their dispute, if mediation is not successful, the parties
26 anticipate immediate motion practice regarding whether this matter is properly before this
27 Court or whether the matter should instead be arbitrated pursuant to an arbitration
28 agreement.

Thus, the parties stipulate and therefore request that the Court continue the Initial Case Management Conference and other outstanding deadlines to provide sufficient time for mediation and, if that is not successful, to file and have heard a motion to compel arbitration.

Dated: September 24, 2013      BRYANT WHITTEN, LLP

By: __/s/_____
    Shelley G. Bryant
    Attorneys for Plaintiff
    REBECCA WARNER

Dated: September 24, 2013      MILLER LAW GROUP
A Professional Corporation

By: __/s/_____
    Donna M. Rutter
    Mani Sheik
    Attorneys for Defendant
    AT&T MOBILITY SERVICES, LLC

# [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the Initial Case Management Conference shall be continued to January ~~27~~ 30, 2014, at 10:00 a.m., and that the parties must file a Joint Case Management Statement and exchange Initial Disclosures by January 20, 2014.

It is further ordered that Defendant's response to Plaintiff's First Amended Complaint shall be filed by November 18, 2013.

Dated: 9/25/13

*[signature]*

Hon. Richard Seeborg
Judge of the U.S. District Court

4827-5900-8277, v. 1

3

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE - Case No.: CV 13-03200 RS