```
 1  SHELLEY G. BRYANT - #222925
    AMANDA B. WHITTEN - #251160
 2  BRYANT WHITTEN, LLP
    8050 North Palm Avenue, Suite 210
 3  Fresno, California 93711
    (559) 494-4910 Telephone
 4  (559) 421-0369 Facsimile
 5
 6  Attorneys for Plaintiff, REBECCA WARNER
 7
 8                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
 9
10  REBECCA WARNER,                    )  Case No. 3:13-cv-03200 RS
                                       )
11           Plaintiff,                )  STIPULATION FOR DISMISSAL OF
                                       )  COMPLAINT WITH PREJUDICE PER
12  vs.                                )  FRCP 41(A)(2) - AND [PROPOSED]
                                       )  ORDER
13  AT&T MOBILITY SERVICES, LLC, and   )
    unknown business entity, and DOES 1 through )
14  20, inclusive,                     )
                                       )
15           Defendants.               )
                                       )
16
17         TO THE COURT AND ALL PARTIES OF RECORD:
18         Plaintiff, REBECCA WARNER, by and through her attorneys of record, and Defendant
19  AT&T MOBILITY SERVICES, LLC, et al., by and through its attorneys of record, hereby stipulate
20  to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.
21  Dated: November 4, 2013            BRYANT WHITTEN, LLP
22                                     [signature]
23
                                       _____
24                                     SHELLEY G. BRYANT, Attorneys for Plaintiff,
                                       REBECCA WARNER
25  Dated: November 4, 2013            MILLER LAW GROUP
26
                                       [signature]
27
                                       _____
28                                     DONNA RUTTER, Attorneys for Defendants,
                                       AT&T MOBILITY SERVICES, LLC
```

## ORDER

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2)

IT IS SO ORDERED.

Dated: __11/25/13__

_____
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND [PROPOSED] ORDER
Case No. 3:13-cv-03200 RS
Page 2