SHELLEY G. BRYANT - #222925
AMANDA B. WHITTEN - #251160
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, California 93711
(559) 494-4910 Telephone
(559) 421-0369 Facsimile

Attorneys for Plaintiff, REBECCA WARNER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA WARNER, | Case No. 3:13-cv-03200 RS |
| Plaintiff, | STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND [PROPOSED] ORDER |
| vs. | |
| AT&T MOBILITY SERVICES, LLC, and unknown business entity, and DOES 1 through 20, inclusive, | |
| Defendants. | |

TO THE COURT AND ALL PARTIES OF RECORD:

Plaintiff, REBECCA WARNER, by and through her attorneys of record, and Defendant AT&T MOBILITY SERVICES, LLC, et al., by and through its attorneys of record, hereby stipulate to dismissal of this action with prejudice, each party to bear its own attorneys fees and costs.

Dated: November 4, 2013          BRYANT WHITTEN, LLP

                                 _____
                                 SHELLEY G. BRYANT, Attorneys for Plaintiff,
                                 REBECCA WARNER

Dated: November 4, 2013          MILLER LAW GROUP

                                 _____
                                 DONNA RUTTER, Attorneys for Defendants,
                                 AT&T MOBILITY SERVICES, LLC

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND [PROPOSED] ORDER
Case No. 3:13-cv-03200 RS                                                                 Page 1

## ORDER

TO ALL PARTIES OF RECORD:

Based on the parties' stipulation, the Court hereby orders the above-entitled case dismissed with prejudice per FRCP 41(A)(2)

IT IS SO ORDERED.

Dated: 11/25/13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT

STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PER FRCP 41(A)(2) - AND [PROPOSED] ORDER
Case No. 3:13-cv-03200 RS
Page 2